UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL VALERA, | No. 2:24-cv-0336 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. CHAVEZ, et al., | |
| Defendants. | |

A settlement agreement was recently reached in this action. A stipulation of dismissal is due June 6, 2025. Plaintiff asks that the court deduct the remainder of the amount due for the filing fee in this action and two others from settlement proceeds. Any settlement proceeds due plaintiff will be paid to plaintiff. The court has no authority at this point to dictate how settlement funds be disbursed except for orders already issued concerning the payment of filing fees. As such, the request made by plaintiff concerning payment of filing fees from settlement proceeds (ECF No. 34) is DENIED.

Dated: May 14, 2025

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
vale0336.dff

1